IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JH

| | |
|---|---|
| CENTORIA DEW, <br> CECILE EVANS, <br> individually and on behalf <br> of their minor children <br> EDDIE JONES, <br> SHAIANA EVANS, <br> and EDDONISHIA JONES, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CHICAGO, <br> a municipal corporation, <br> JOHN DOE POLICE OFFICERS, <br><br> Defendants. | 07CV981 <br> JUDGE DARRAH <br> MAGISTRATE JUDGE NOLAN |

FILED
FEB 21 2007 NF
Feb. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

COMPLAINT

Jurisdiction/Venue

1. This incident occurred on May 15, 2006, in the City of Chicago, Cook County, Illinois.

2. The jurisdiction of this court is invoked pursuant to the Civil Rights Act, 42 U.S.C. § 1983, § 1988, the judicial code 28 U.S.C. § 1331 and § 1343(a); the Constitution of the United States, and pendent jurisdiction, as provided under U.S.C. § 1367(a).

Parties

3. At all relevant times pertaining to this occurrence, Plaintiffs Centoria Dew and Cecile Evans were living together in their home in Chicago, Illinois with their mutual biological child, Shiana Evans (D.O.B. 5-8-02), and the biological children of Plaintiff Dew, Eddie Jones

1

(D.O.B. 2-6-98) and Eddonishia Jones (D.O.B. 2-21-94).

4. At the time of the occurrence, Defendant City of Chicago was a municipal corporation, and the principal employer of the Defendant John Doe Police Officers, who were acting under color of law and in the course and scope of their employment with the City of Chicago.

Facts

5. On or about May 16, 2006, several John Doe Police Officers illegally and unlawfully entered the residence of the Plaintiffs, without their consent.

6. During this incident, Officers shoved Plaintiff Cecile Evans to the ground and handcuffed him, without legal justification.

7. During this incident, Officers pointed their weapons at the Plaintiffs in an unreasonable manner and without lawful justification.

8. As a result of the actions of the John Doe Officers, the Plaintiffs suffered pecuniary damage, a loss of freedom, humiliation, physical damage, as well as severe emotional distress.

COUNT I – Illegal Search and Seizure/Failure to Prevent an Illegal Search and/or Seizure – Plaintiffs against Defendant John Doe Police Officers.

9. Plaintiffs reallege what has previously been alleged in this Complaint.

10. In taking the actions described above, Defendant John Doe Police Officers willfully and wantonly committed an illegal search and/or seizure of the Plaintiffs and/or their property, and/or willfully and wantonly failed to prevent such an illegal search and/or seizure when each had the opportunity to do so, the proximate cause of which was the Plaintiffs' emotional and

pecuniary damages.

WHEREFORE, Plaintiffs demand compensatory damages against Defendant John Doe Officers, plus punitive damages, plus the costs of this action, and any such other and additional relief as this court deems equitable and just.

## COUNT II – Excessive Force/Failure to Prevent the Use of Excessive Force – Plaintiffs against Defendant John Doe Police Officers.

11. Plaintiffs reallege what has previously been alleged in this Complaint.

12. In taking the actions described above, Defendant John Doe Police Officers willfully and wantonly used excessive force on the Plaintiffs and/or willfully and wantonly failed to prevent such excessive force when each had the opportunity to do so, the proximate cause of which was the Plaintiffs' physical, emotional and pecuniary damages.

WHEREFORE, Plaintiffs demand compensatory damages against Defendant John Doe Officers, plus punitive damages, plus the costs of this action, and any such other and additional relief as this court deems equitable and just.

## COUNT III – Plaintiffs against the City of Chicago (Indemnification)

13. Plaintiffs reallege what has been previously alleged in this Complaint.

14. Defendant City of Chicago is the indemnifying entity for the actions, described above, of Defendant John Doe Police Officers, who took their actions while acting under color of law and in the course and scope of their employment with the City of Chicago.

WHEREFORE, should Defendant John Doe Police Officers be found liable on one or more of the claims set forth above, Plaintiffs demand that Defendant City of Chicago be found liable for any judgment (other than punitive damages) they obtain thereon.

**PLAINTIFFS DEMAND TRIAL BY JURY.**

Respectfully submitted,

By _____
Richard Dvorak,
One of the Attorneys for the Plaintiffs.

Richard Dvorak
Dvorak & Toppel
3859 W. 26th Street
Chicago, IL 60623
(773) 521-1300 (phone)
(773) 521-4400 (fax)